SUCCESSION OF EMILIE PEYRAN, f. w. c.—MARIE LOUISE *alias* PETRONNE MONTMAIN, Applicant.—MARIA LORENZA *alias* HERMINIE PEYRAN, Intervenor, Appellee.—SIMON O. and ETIENNE G. ST. HERMAN, Intervenors, Appellants.—STATE OF LOUISIANA, Intervenor.

The intervenors S. O. and E. G. St. H., having, by the evidence adduced to show their maternal descent, shown also their paternal origin, it was competent for the other parties in interest to show that the connection, of which the intervenors thus declared themselves the offspring, was an adulterous connection.

The avowed father having been, at the time of the conception of said intervenors, the husband of another woman and not of their mother, they fall within the prohibition of Art. 914 C. C., and their claim to the succession of their mother was rightfully repelled. C. C. 201.

A PPEAL from the Second District Court of New Orleans, *Lea*, J.
*Foulhouze*, for appellee. *Seghers*, for appellants. *Filleul*, for the State of Louisiana.

SPOFFORD, J. The intervenors, *Simeon Oscar* and *Etienne Gustave St. Herman*, having, by the evidence adduced to show their maternal descent, shown also their paternal origin, we are of opinion that it was competent for the other parties in interest to show that the connection, of which the intervenors thus declared themselves the offspring, was an adulterous connection.

The evidence is clear that their avowed father was, at the time of their conception, the husband of another woman, and not of their mother.

They, therefore, fall within the prohibition of Article 914 of the Civil Code, and the District Judge did not err in repelling their claim to the succession of *Emilie Peyran.* C. C. 201; *Succession of Fletcher*, 11 An.

The judgment is not complained of by any other party. It is, therefore, affirmed, with costs.